UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SNEED,<br><br>　　　　　　　　　Defendant. | CASE NO. 25-198-JHC<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in count 1 with conspiracy to distribute with intent to distribute 5400 grams of more of fentanyl and in counts 2 and 3 with possession of a controlled substance with the intent to distribute. If convicted as charged in count 1, he faces a mandatory minimum sentence of 10 years of imprisonment. On October 7, 2025, defendant was arrested and made his initial appearance. A detention hearing was set for October 10, 2025 and then continued at defendant's request to October 21, 2025. On October 21, 2025, defendant again requested a continuance, and his detention hearing was reset to October 27, 2025.

DETENTION ORDER - 1

      The pretrial investigation shows Defendant has a lengthy criminal history. Defendant has been convicted of having a loaded pistol in a vehicle without permit; traffic violations; controlled substance violations; misdemeanor assault; unlawful possession of a firearm multiple times; violation of protection order; and reckless driving. Defendant has a pending warrant for his arrest for failing to appear for a hearing in August 2025 and according to the pretrial investigation has failed to appear 31 times. He appears to have substance abuse problems as he has gone through the state drug offender sentencing alternative (DOSA). It appears he was terminated from his first DOSA sentence and remanded to prison and terminated from his second DOSA program for using controlled substances. It also appears defendant engaged in the alleged criminal conduct while he was on state department of corrections supervision.

      Although defendant has ties to the community and family members, his criminal history, his performance on supervision and failures to make court appearances cut against release. The Court according finds he has failed to rebut the presumption he is both a danger to the community and a flight risk.

      The Court agrees and finds Defendant should be detained.

      It is therefore **ORDERED**:

      (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

      (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

      (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 27th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3