UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:25-cr-00198-JHC |
| | ) |
| v. | ) |
| | ) |
| KEVIN SNEED | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO APPEAR PRO HAC VICE AND WAIVE LOCAL COUNSEL REQUIREMENT**

The Court, on motion of counsel A. Cristina Weidner Tafs for leave to appear *pro hac vice*, being fully advised,

HEREBY ORDERS that A. Cristina Weidner Tafs, Susitna Law, LLC, is granted permission to appear *pro hac vice* in the above-captioned matter. Counsel

Order on Motion to Appear PHV
*United States v. Sneed*
No. 2:25-cr-00198-JHC
Page **1**

SUSITNA LAW, LLC
911 W 8th Avenue, Ste 101 PMB 26
Anchorage, Alaska 99501
(907) 947-8888

1  shall appear at all scheduled proceedings by video or telephone unless order to
2  appear in person.

3      IT IS FURTHER ORDERED that due to counsel's many years of experience
4  practicing in the United States District Court for the District of Alaska, the
5  requirement of associated lead counsel is waived. Moreover, because counsel is
6  appointed pursuant to the Criminal Justice Act, the fee for admission *pro hac vice*
7  is likewise waived.

8      DATED this 21st day of November, 2025.

Hon. John H. Chun
United States District Court Judge

Presented by:

*/s/ A. Cristina Weidner Tafs*
A. CRISTINA WEIDNER TAFS
Attorney for Laura Rodriguez-Moreno

Order on Motion to Appear PHV
*United States v. Sneed*
No. 2:25-cr-00198-JHC
Page **2**

**SUSITNA LAW, LLC**
911 W 8th Avenue, Ste 101 PMB 26
Anchorage, Alaska 99501
(907) 947-8888